IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE RULLI, individually and on behalf of her minor son, A.F.; CHARLES BRYANT JR.; SIMON PHILLIPS; DONOVAN HAYDEN; JENNIFER "JAY" YODER; DONOVAN HAYDEN; and CHRISTOPHER WILSON JURING, individually and on behalf of all persons similarly situated,<br><br>     Plaintiffs,<br><br>    v.<br><br>CITY OF PITTSBURGH; WENDELL HISSRICH, individually and in his official capacity as Director of Public Safety for the City of Pittsburgh; SCOTT SCHUBERT, individually and in his official capacity as Chief of the Pittsburgh Bureau of Police; STEPHEN VINANSKY, Commander of Zone 5 of the Pittsburgh Bureau of Police, in his individual capacity, JASON LANDO, Commander of Narcotics and Vice for the Pittsburgh Bureau of Police, in his individual capacity, STEVEN MESCAN, Master Police Officer, in his individual capacity; CLARENCE TRAPP, Incident Commander, in his individual capacity; PHILIP MERCURIO, Lieutenant, in his individual capacity,<br><br>     Defendants. | CASE NO. 2:20-cv-00965<br><br>Magistrate Judge Lenihan<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ADOPTION OF CONSENT ORDER
REGARDING POST-MEDIATION POLICY REVIEW PROCESS**

  The Parties, by undersigned counsel, move for adoption of the attached Consent Order regarding post-mediation process, and in support state as follows.

  1. On March 31, 2022, the Parties attended a mediation before David B. White. While the Parties were unable to resolve the matter, they were able to agree to a policy review process that may, if successful, resolve Plaintiffs' claims for injunctive relief.

2. The above-mentioned process will involve the retention of a third-party expert, and will require several meetings between multiple stakeholders, including representatives of Plaintiffs, the Mayor's office, the Pittsburgh Bureau of Police, and the Solicitor's office.

3. Following Plaintiffs' counsel's initial proposal of a policy review schedule on April 8, 2022, the Parties have recently reached agreement on such a proposed schedule, which is set forth in the attached proposed order.

4. The Parties request that this process run concurrently with the remainder of fact discovery, as well as during expert discovery, so as not to unduly delay this case.

WHEREFORE, the Parties respectfully request that this Court adopt the attached Proposed Order.

Respectfully submitted,

| | |
|---|---|
| KRYSIA M. KUBIAK<br>City Solicitor<br><br>**BY:** /s/ *Michael E. Kennedy*<br>Michael E. Kennedy (Pa. I.D. No. 52780)<br>Associate City Solicitor<br>michael.kennedy@pittsburghpa.gov<br><br>/s/ *Julie E. Koren*<br>Julie E. Koren (Pa. I.D. No. 309642)<br>Assistant City Solicitor<br>julie.koren@pittsburghpa.gov<br><br>/s/ *Emily C. McNally*<br>Emily C. McNally (Pa. I.D. No. 206591)<br>Assistant City Solicitor<br>emily.mcnally@pittsburghpa.gov<br><br>City of Pittsburgh, Department of Law<br>414 Grant Street, Suite 313<br>Pittsburgh, PA  15219<br>(412) 255-2025<br><br>*Counsel for City Defendants* | ELZER LAW FIRM, LLC<br><br>/s/ Christine T. Elzer<br>Christine T. Elzer<br>Pa. ID No. 208157<br>100 First Avenue<br>Suite 1010<br>Pittsburgh, PA 15222<br>(412) 230-8436<br>(412) 206-0855 (fax)<br>celzer@elzerlaw.com<br><br>O'BRIEN, COLEMAN & WRIGHT LLC<br><br>Margaret S. Coleman<br>Pa. ID No. 200975<br>msc@obrienlawpgh.com<br>116 Blvd. of the Allies<br>Pittsburgh, PA 15222<br>(412) 232-4400<br><br>ABOLITIONIST LAW CENTER<br><br>Quinn Cozzens<br>Staff Attorney<br>Pa I.D. No. 323353<br>(717) 419-6583<br><br>qcozzens@alcenter.org<br><br>Attorneys for Plaintiffs |