## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE RULLI, individually and on behalf of her minor son, A.F.; CHARLES BRYANT JR.; SIMON PHILLIPS; DONOVAN HAYDEN; JENNIFER "JAY" YODER; DONOVAN HAYDEN; and CHRISTOPHER WILSON JURING, individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PITTSBURGH; WENDELL HISSRICH, individually and in his official capacity as Director of Public Safety for the City of Pittsburgh; SCOTT SCHUBERT, individually and in his official capacity as Chief of the Pittsburgh Bureau of Police; STEPHEN VINANSKY, Commander of Zone 5 of the Pittsburgh Bureau of Police, in his individual capacity, JASON LANDO, Commander of Narcotics and Vice for the Pittsburgh Bureau of Police, in his individual capacity, STEVEN MESCAN, Master Police Officer, in his individual capacity; CLARENCE TRAPP, Incident Commander, in his individual capacity; PHILIP MERCURIO, Lieutenant, in his individual capacity, <br><br> Defendants. | CASE NO. 2:20-cv-00965 <br><br> Magistrate Judge Lenihan <br><br> District Judge Cathy Bissoon <br><br> **JURY TRIAL DEMANDED** |

## **[PROPOSED] CONSENT ORDER**

AND NOW, this _____ day of _____, 2022, and upon consent of the Parties, the Court adopts the following deadlines:

1. Motions for summary judgment, if any, shall be filed by January 16, 2023.

2. Responses to motions for summary judgment shall be filed by February 15, 2023.

3. Replies in support of motions for summary judgment shall be filed by March 2, 2023.

4. Plaintiffs' motion for class certification on any remaining claims shall be filed no later than 45 days after the Court's ruling on motions for summary judgment. In the event that any Party does not consent to jurisdiction to a U.S. Magistrate Judge, this 45-day period shall not begin to run until any objections to a Report and Recommendation are resolved.

5. Defendants' opposition to Plaintiffs' motion for class certification, if any, shall be filed within 30 days thereafter.

6. Plaintiffs' reply in support of their motion for class certification shall be filed within 14 days thereafter.

BY THE COURT:

_____
Lisa Pupo Lenihan
United States Magistrate Judge